IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| OSAZUWA PETER OKUNOGHAE, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> UNITED STATES OF AMERICA, § <br> § <br> Respondent. § | <br><br><br><br>CIVIL ACTION NO. 5:24-CV-54-RWS-JBB <br> (Criminal No. 5:14-cr-3) |

## ORDER

Petitioner Osazuwa Peter Okunoghae filed a motion to vacate or correct his sentence, challenging the legality of his conviction. Docket No. 1. The case was referred to United States Magistrate Judge J. Boone Baxter in accordance with 28 U.S.C. § 636.

On July 11, 2025, the Magistrate Judge issued a Report and Recommendation, recommending that Respondent's motion to dismiss (Docket No. 10) be denied as moot without prejudice to Respondent's right to re-assert the limitations defense or filing such other response as may be appropriate upon the filing of the amended petition. Docket No. 15. To date, no objections have been filed.

Because no objections have been filed, any aggrieved party is barred from *de novo* review by the District Judge of the Magistrate Judge's proposed findings, conclusions, and recommendations. Moreover, except upon grounds of plain error, an aggrieved party is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report of the Magistrate Judge (Docket No. 15) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that Respondent's motion to dismiss (Docket No. 10) is **DENIED-AS-MOOT WITHOUT PREJUDICE** to Respondent's right to re-assert the limitations defense or file such other response that may be appropriate upon the filing of the amended petition.

**So ORDERED and SIGNED this 14th day of August, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE